J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| Adobe Systems Incorporated, | ) | Case No. C09-1086 PJH |
|---|---|---|
| Plaintiff, | ) | NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING COURT DATES |
| v. | ) | |
| David Jackson, an individual and d/b/a Jackson Electronics, and Does 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

TO THE COURT:

PLEASE TAKE NOTICE THAT Plaintiff Adobe Systems Incorporated ("Adobe" or "Plaintiff") hereby supplies this notice that it has reached an agreement on the principal terms necessary to settle Adobe's claims against Defendant David Jackson, an individual and d/b/a Jackson Electronics ("Defendant"). The Parties are in the process of documenting the terms upon which they have agreed and will file appropriate closing documents, including a proposed permanent injunction, within the next four (4) weeks.

/ / /

/ / /

/ / /

Accordingly, Plaintiff requests that all court dates, including the Case Management Conference set for June 18, 2009, be vacated.

Dated: June 11, 2009

J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: June 16, 2009

The CMC is continued to July 30, 2009 at 2:30 PM but may be vacated if dismissal papers are filed in advance.

_____
Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE